**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Resana Malone,<br><br>    Plaintiff,<br><br>v.<br><br>Kilolo Kijakazi,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. CV-21-00214-TUC-DCB (BGM)<br><br>**ORDER** |

IT IS HEREBY ORDERED that the reference to Magistrate Judge Bruce G. Macdonald is **WITHDRAWN**.

Dated this 13th day of September, 2022.

Honorable David C. Bury
United States District Judge